RECEIVED
UNITED STATES MARSHAL
2012 MAY 21 PM 12:21
NORTHERN DISTRICT OF
CALIFORNIA OAKLAND

# UNITED STATES DISTRICT COURT
for the
Northern District of California

**FILED**
MAY 21 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States of America )
v. )
) Case No. 4:12-mj-70603-01 MAG
)
Lisa Hooker ) Charging District's
*Defendant* ) Case No. 3:07-cr-092-BES-RAM

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of  Nevada, Reno  .
The defendant may need an interpreter for this language:  (None)  .

The defendant:  ☐ will retain an attorney.
                ☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  5/21/12

*Judge's signature*

**DONNA M. RYU, United States Magistrate Judge**
*Printed name and title*

**\*\*Note:** Defendant has been ordered by the Court to appear before Magistrate Judge William G. Cobb on June 4, 2011 at 3:00 p.m.

cc: Copy to parties of record via ECF, 2 Certified copies to U.S. Marshal, Probation